GILLETT et al., Respondents, v. WHITING, Appellant.

(Superior Court of New York City, General Term.   January 3, 1893.)

Action by Frank M. Gillett and another against William I. Whiting.
Argued before FREEDMAN and McADAM, JJ.

Wing, Shoudy & Putnam, for appellant.
Ira D. Warren, for respondents.

PER CURIAM.   This case has been retried in strict conformity with the opin-
ion of the court of appeals upon the former appeal reported in 120 N. Y. 402, 24
N. E. Rep. 790.   There was sufficient evidence upon the question of ratification
to require the submission of the question to jury, and the record discloses no
error in the admission or exclusion of evidence, or in the instructions given to
or withheld from the jury.   Nor can the verdict be held to be against the weight
of the evidence.   The judgment and order should be affirmed, with costs.

---

J. OTTMANN LITHOGRAPHING CO., Respondent,  v.  EQUITABLE BANK
                            Appellant.

(Superior Court of New York City, General Term.   January 3, 1893.)

Action by the J. Ottmann Lithographing Company against the Equitable Bank.
From judgment of trial term, rendered by the court without a jury, defendant
appeals.
Argued before FREEDMAN and GILDERSLEEVE, JJ.

Charles F. McLean, (Edward W. Crittenden, of counsel,) for appellant.
Goepel & Raegener, (Benj. B. Kenyon, of counsel,) for respondent.

PER CURIAM.   The judgment appealed from is affirmed, with costs, on the
opinion of the court below.

---

MOSS et al., Respondents, v. MANHATTAN RY. CO. et al., Appellants.

(Superior Court of New York City, General Term.   January 3, 1893.)

Appeal from special term.
Action by David Moss and another against the Manhattan Railway Company
and another.   See 17 N. Y. Supp. 586.
Argued before FREEDMAN, McADAM, and GILDERSLEEVE, JJ.

Davies & Rapallo, (Herbert Barry, of counsel,) for appellants.
L. C. Dessar, (Joseph B. Reilly, of counsel,) for respondents.

GILDERSLEEVE, J.   The judgment enjoins and restrains the maintenance
and operation of defendants' elevated railroad in front of premises No. 371
Pearl street, unless they pay to plaintiffs the sum of $3,000; and it also awards
to plaintiffs $1,822.84, damages and costs.   The action seems to have been care-
fully tried.   No exceptions were taken to the admission or rejection of evi-
dence, and a fair preponderance of evidence sustains the findings of the court
below, and justifies the judgment.   It follows that the judgment appealed from
must be affirmed. with costs.